**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., and 3G LICENSING S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | C.A. No. 19-1143-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Erik J. Halverson of K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA 94111 and Jeffrey R. Gargano of K&L Gates LLP, 70 West Madison Street, Suite 3100, Chicago, Illinois 60602 to represent defendant Honeywell International, Inc. in this matter.

Dated: February 5, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@kglates.com

*Attorneys for Defendant Honeywell International, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Erik J. Halverson and Jeffrey R. Gargano on behalf of Defendant is granted.

Dated: _____  _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, Illinois, and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 5, 2024  　　　　　　　　　　　*/s/ Erik J. Halverson*
　　　　　　　　　　　　　　　　　　　　　　　Erik J. Halverson
　　　　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　　　　4 Embarcadero Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　　　Phone: (415) 882-8200
　　　　　　　　　　　　　　　　　　　　　　　erik.halverson@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 5, 2024         */s/ Jeffrey R. Gargano*
                                Jeffrey R. Gargano
                                K&L Gates LLP
                                70 West Madison Street, Suite 3100
                                Chicago, IL 60602
                                Phone: (312) 372-1121
                                jeffrey.gargano@klgates.com