**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATI NAL S.A. and<br>3G LICENSING S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>Defendant. | C.A. No. 1:19-cv-1143-MN<br><br>JURY TRIAL DEMANDED |
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>VERIFONE, INC.,<br><br>Defendant. | C.A. No. 1:19-cv-1144-MN<br><br>JURY TRIAL DEMANDED |
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>XIRGO TECHNOLOGIES, LLC,<br><br>Defendant. | C.A. No. 1:19-cv-1145-MN<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT ON THE STATUS OF THE ASSERTED PATENTS FOLLOWING *INTER PARTES* REVIEWS AND APPEALS**

The Parties submit this Joint Status Report pursuant to their commitment to provide the court with recommendations of how the different cases should proceed in their Joint Status

Report on the Status of the Asserted Patents Following *Inter Partes* Reviews and Appeals (D.I. 76, 19-cv-1143; D.I. 70, 19-cv-1144; D.I. 59, 19-cv-1145).

As discussed in the prior joint status report, after the *Inter Partes* reviews ("IPRs") and appeals, the PTAB found U.S. Patent Nos. 7,443,698, 8,364,196 and 8,879,503 to be unpatentable over the asserted prior art, the PTAB found certain claims of U.S. Patent Nos. 6,529,561 and 7,894,443 were patentable, and the PTAB did not institute review of U.S. Patent No. 7,751,803.

The Parties have conferred, and have concluded that their recommendation (and respectful request) is that these cases should remain stayed until the IPRs and appeals regarding patents at issue in related cases 20-cv-00652, 20-cv-00656, and 20-cv-00659 (i.e., U.S. Patent Nos. 7,979,070; 8,189,611; 8,600,383; 7,215,653; 7,319,718; 7,551,625; 7,580,388; 7,869,396; and 8,971,279 ) are resolved as well. The parties have also committed to conducting good-faith negotiations during the stay.

Should the court require any additional information, the parties are available at the Court's convenience.

Dated: September 6, 2024

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs Sisvel International S.A.* and *3G Licensing S.A.*

K&L GATES LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

Jeffrey R. Gargano (*pro hac vice*)

K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
(312) 781-7166
jeffrey.gargano@klgates.com

Erik J. Halverson (*pro hac vice*)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, IL 94111
(415) 882-8238
erik.halverson@klgates.com

Christopher Centurelli (*pro hac vice*)
David A. Simons (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3276
christopher.centurelli@klgates.com
dsimons@klgates.com

Anna Shabalov (*pro hac vice*)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-8966
anna.shabalov@klgates.com

*Attorneys for Defendant Honeywell International, Inc.*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant VeriFone, Inc.*

OF COUNSEL:

Carolyn Chang (*pro hac vice*)
Hector J. Ribera (*pro hac vice*)
Ryan J. Marton (*pro hac vice*)
MARTON RIBERA SCHUMANN CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
(415) 360-2514
carolyn@martonribera.com
hector@martonribera.com
ryan@martonribera.com

DLA PIPER LLP (US)

*/s/ Brian A. Biggs*
Brian A. Biggs (No. 5591)
Erin E. Larson (No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
(302) 468-5700
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendant Xirgo Technologies, LLC*

OF COUNSEL:

John Guaragna (*pro hac vice*)
Brian Erickson (*pro hac vice*)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4563
(512) 457-7000
john.guaragna@us.dlapiper.com
brian.erickson@us.dlapiper.com

Ahimsa Hodari (*pro hac vice*)
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
(713) 425-8486
ahimsa.hodari@us.dlapiper.com